Official Website of the Department of Homeland Security

Rep(

Main Menu

< BACK TO RESULTS

# Facility Page

## Detention Information For:

**KENETH YAREH RODRIGUEZ-PAZ**
**Country of Birth:** Honduras
**A-Number:** 240727790

## Current Detention Facility:

PINE PRAIRIE ICE PROCESSING CENTER
1133 HAMPTON DUPRE RD
NA
PINE PRAIRIE, LA 70576
**Visitor Information:** (337) 599-2198

MORE INFORMATION >



Ex. A