

OMB Control No: 0970-0552
Expiration Date: 03/31/2022



# U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS)
## OFFICE OF REFUGEE RESETTLEMENT (ORR)
### DIVISION OF UNACCOMPANIED CHILDREN OPERATIONS (DUCO)
## VERIFICATION OF RELEASE

## VERIFICATION OF RELEASE

| | | | |
|---|---|---|---|
| Name of Minor: | Keneth Yareth Rodriguez Paz | Aliases (if any): | |
| Minor's Date of Birth: | 10/27/2004 | Minor's A#: | 240727790 |

The Office of Refugee Resettlement (ORR) has released the above named minor from Federal custody pursuant to section 462 of the Homeland Security Act of 2002 and section 235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 to the care of:

| | |
|---|---|
| Name of Sponsor: | Jairon Adiel Rodriguez Paz |
| Aliases (if any): | |
| Address: | 245 Tyler St |
| City: | Trenton |
| State: | NJ     Zip Code: 08609 |
| Telephone#: | 6099637891 |
| Relationship to Child: | Brother |

## ACKNOWLEDGEMENT OF THE SPONSOR CARE AGREEMENT

The above named sponsor has agreed to the provisions set forth in the *Sponsor Care Agreement*, pertaining to the minor's care, safety, and well-being, and the sponsor's responsibility for ensuring the minor's presence at all future proceedings before the Department of Homeland Security and the Department of Justice/Executive Office for Immigration Review (EOIR).

## FOR INTERNAL USE ONLY

| | |
|---|---|
| Name ORR care provider Facility | Pecos Children's Center (PCC) - EIS |
| Date | 04/25/2022 |

THE PAPERWORK REDUCTION ACT OF 1995 (Pub. L. 104.13) Public reporting burden for this collection of information is estimated to average .10/hour per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

Ex C